**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6383**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JACKIE EDWARD MESSER,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Asheville.  Richard L. Voorhees, Dis-
trict Judge.  (CR-88-95, CA-95-172-V)

─────────────

Submitted:  May 25, 1999          Decided:  September 9, 1999

─────────────

Before WIDENER, MURNAGHAN, and NIEMEYER, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Jackie Edward Messer, Appellant Pro Se.  Brian Lee Whisler, OFFICE
OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for
Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jackie Edward Messer appeals the district court's order denying his motion filed under 28 U.S.C. § 2255 (1994) (current version at 28 U.S.C.A. § 2255 (West 1994 & Supp. 1999)). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>United States v. Messer</u>, No. CR-88-95 (W.D.N.C. Feb. 24, 1999). We deny Messer's motion for summary remand. We dispense with oral argument because the facts and legal contentions are adequately set forth in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>